IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAVIND ROUSHAN DEO,

    Petitioner,

vs.

M. MARTEL, Warden,

    Respondent.

No. CIV S-08-3145 FCD DAD P

ORDER

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 29, 2009, petitioner filed a motion for clarification of the court's June 16, 2009 order to show cause.

        Petitioner is advised that, on May 7, 2009, respondent filed a motion to dismiss his petition for failure to exhaust state court remedies. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." If petitioner does not want the court to dismiss his petition, he should file an opposition to respondent's motion, explaining why the court should not dismiss his petition.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The court's June 16, 2009 order to show cause is discharged;

2. Petitioner's June 29, 2009 motion for clarification (Doc. No. 17) is granted; and

3. Within thirty days of the date of service of this order, petitioner shall file and serve an opposition to respondent's motion to dismiss.

DATED: July 14, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
deo3145.102(2)